UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EVELYN H. DUFF,                          )
                                         )
            Plaintiff,                    )
                                         )
      v.                                  )          **JUDGMENT**
                                         )
MARTIN O'MALLEY,                          )          5:24-CV-133-BO-RJ
Commissioner of Social Security,          )
                                         )
            Defendant.                    )
                                         )

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.

**This judgment filed and entered on January 8, 2025, and served on:**
Aaron Lee Dalton (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Sarah Noel Hibbert (via CM/ECF NEF)



                                         PETER A. MOORE, JR., CLERK

January 8, 2025

                                          /s/ Lindsay Stouch_____
                                         By: Deputy Clerk